UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**MONIQUE MARTIN**                                                                    **CIVIL ACTION**

**VERSUS**                                                                                       **NO:10-0073-LMA-SS**

**MICHAEL  J. ASTRUE, COMMISSIONER OF**
**SOCIAL SECURITY ADMINISTRATION**

### ORDER

The Court, after considering the complaint, the record, the applicable law, the United States Magistrate Judge's Report and Recommendation, and the objection by plaintiff, Monique Martin, which is hereby **OVERRULED**, approves the United States Magistrate  Judge's Report and Recommendation and adopts it as its opinion.[1] Accordingly,

**IT IS ORDERED**, that the cross-motion of Michael J. Astrue, Commissioner of Social Security Administration, for summary judgment (Rec. doc. 16) is **GRANTED** and that the motion of the plaintiff, Monique Martin, for summary judgment (Rec. doc. 15) is **DENIED**.

New Orleans, Louisiana, this ___22nd___ day of December, 2010.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] The Court does note a typographical error in the last paragraph of page 14 which states that, "The evidence received from Dr. Boles and Dr. Mandich was not adequate for the ALJ to determine whether Martin was disabled." The word "not" should be deleted as is evident from the context of that paragraph. The inclusion of "not" was a typographical error which error has been confirmed with the United States Magistrate Judge.

Case 2:10-cv-00073-LMA   Document 19   Filed 12/22/10   Page 2 of 2